BEFORE THE SECOND DIVISION, NOVEMBER 8, 1961

No. 66204.—Raleigh Industries of America, Inc. v. United States, protests 60/30774–11541, etc. (Chicago).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.